# Court of Appeals
# of the State of Georgia

ATLANTA,___May 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1768.     DAWN E. JOHNSON v. AMHURST HOMEOWNERS ASSOCIATION, INC.**

Dawn E. Johnson filed this direct appeal from the superior court's judgment in favor of Amhurst Homeowners Association, Inc. for $4,510.47.  Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000.00 or less must comply with the discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000.00, a discretionary application was required under OCGA § 5-6-35.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Emerson v. Brookmere Homeowners Ass'n*, 311 Ga. App. 371 n. 1 (715 SE2d 775) (2011).  Johnson's failure to file an application for discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____05/29/2015_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*